THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| TAKION CO., LTD., | |
| Plaintiff, | CASE No.: 2:11-cv-00678-RAJ |
| v. | FIRST AMENDED COMPLAINT |
| GENERAL ELECTRIC COMPANY, LEDTRONICS, INC., NORMANDE LIGHTING LLC, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS LIGHTING, SHARP ELECTRONICS CORPORATION, TOSHIBA INTERNATIONAL CORPORATION and WESTINGHOUSE LIGHTING CORPORATION, | |
| Defendant. | |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Takion Co., Ltd., files this First Amended Complaint for Patent Infringement against General Electric Company, LEDtronics, Inc., Normande Lighting LLC, Philips Electronics North America Corporation d/b/a Philips Lighting, Sharp Electronics Corporation, Toshiba International Corporation, and Westinghouse Lighting Corporation, and alleges as follows:

FIRST AMENDED COMPLAINT - 1

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

**THE PARTIES**

1.      Takion Co., Ltd. ("Takion") is a Japanese limited company that is located in Tokyo, Japan.

2.      General Electric Company ("GE") is a New York corporation with its principal place of business located at 12 Corporate Woods Boulevard, Albany, NY, 12211. GE does business in Washington, including business within this judicial district, and has a registered agent for the service of process in the State of Washington. GE may be served with process by serving its registered agent, CT Corporation System located at 1801 West Bay Drive NW, Suite 206, Olympia, Washington, 98502.

3.      LEDtronics, Inc. ("LEDtronics") is a California corporation with its principal place of business located at 23105 Kashiwa CT, Torrance, California, 90505. LEDtronics does business in Washington, including business within this judicial district. LEDtronics may be served with process by serving its registered agent, Pervaiz Lodhie, located at 12 Upper Blackwater Canyon Road, Rolling Hills, California, 90274.

4.      Normande Lighting LLC ("Normande") is a Washington limited liability company with its principal place of business located at 18862 72nd Ave. S, Kent, WA 98032. Normande does business in Washington, including business within this judicial district. Normande may be served with process by serving its registered agent, RSC Corporation located at 1201 3rd Ave., Suite 3400, Seattle, Washington, 98101-3034.

5.      Philips Electronics North America Corporation, d/b/a Philips Lighting ("Philips") is a corporation organized and existing under the laws of Delaware with its principal place of business at 3000 Minuteman Road, Andover, Massachusetts, 01810. Philips does business in Washington, including business within this judicial district, through one or more subsidiaries and

FIRST AMENDED COMPLAINT - 2

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington  98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

assumed names, and has a registered agent for the service of process in the State of Washington. Philips may be served with process by serving its registered agent, Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, Washington, 98501.

6. Sharp Electronics Corporation ("Sharp") is a corporation organized and existing under the laws of New York with its principal place of business at Sharp Plaza, Mahwah, New Jersey 07495-1163. Sharp does business in Washington, including business within this judicial district, and has a registered agent for the service of process in the State of Washington. Sharp may be served with process by serving its registered agent, CT Corporation System, 520 Pike Street, Seattle, Washington, 98101.

7. Toshiba International Corporation ("Toshiba") is a California corporation with its principal place of business located at 13131 West Little York Road, Houston, Texas, 77041. Toshiba does business in Washington, including business within this judicial district, and has a registered agent for the service of process in the State of Washington. Toshiba may be served with process by serving its registered agent, CT Corporation System located at 1801 West Bay Drive NW, Suite 206, Olympia, Washington, 98502.

8. Westinghouse Lighting Corporation ("Westinghouse") is a Pennsylvania corporation with its principal place of business located at 12401 McNulty Road, Philadelphia, Pennsylvania, 19154. Westinghouse does business in Washington, including business within this judicial district.Westinghouse may be served with process by serving its registered agent, Carl Thon, at 14911 Valley View Drive, Santa Fe Springs, CA 90670.

**JURISDICTION & VENUE**

9. This is an action alleging infringement of a United States patent. Accordingly, this action arises under the patent laws of the United States of America, 35 U.S.C. § 1 *et seq.*,

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

and this Court has exclusive subject matter jurisdiction over this action under 35 U.S.C. § 271 and 28 U.S.C. §§ 1331 and 1338(a).

10. GE, LEDtronics, Normande, Philips, Sharp, Toshiba, and Westinghouse are subject to the jurisdiction of this Court by reason of their regularly conducted and systematic business contacts in Washington and, with the exception of LEDtronics, by having appointed resident agents for service of process in the State of Washington.

11. Venue is proper in this district under 28 U.S.C. §§ 1391(b-c) and 1400(b), in that each defendant is subject to personal jurisdiction in the Western District of Washington, and is thus deemed to reside in the Western District of Washington for purposes of venue.

## CLAIMS FOR PATENT INFRINGEMENT

### United States Patent No. 6,577,072

12. On November 29, 2005, United States Patent No. 6,577,072 ("the '072 patent") entitled "Power Supply and LED Lamp Device" was duly and legally issued. A true and correct copy of the '072 patent is attached as Exhibit A.

13. Pursuant to 35 U.S.C. § 282, the '072 patent is presumed valid

14. Takion is the owner of the entire right, title, and interest in and to the '072 patent, including the right to sue and collect damages for all past, present and future infringement of the '072 patent.

### General Electric Company

15. GE has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

16. The GE LED lamps that infringe '072 patent include, but are not limited to, the

FIRST AMENDED COMPLAINT - 4

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

GE LED7PAR20/NFL (PC: 73716) LED Lamp ("GE LED Lamp").

17. By making, using, selling, offering to sell, leasing, importing and/or exporting the GE LED Lamp, GE has infringed and continues to infringe at least claim 3 of the '072 patent.

18. GE has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the GE LED Lamp.

19. GE has the specific intent to encourage direct infringement of the '072 patent by end users who use the GE LED Lamp.

20. GE's sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the GE LED Lamp.

21. GE knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the GE LED Lamp.

22. GE has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the GE LED Lamp.

23. The GE LED Lamp made, used and/or sold by GE constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

24. GE knew that the GE LED Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

25. GE infringes the '072 patent either literally or under the doctrine of equivalents.

### LEDtronics, Inc.

26. LEDtronics has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

FIRST AMENDED COMPLAINT - 5

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

27. The LEDtronics LED lamps that infringe '072 patent include, but are not limited to, the LEDtronics ATS-200R-5 LED Traffic Light Replacement Lamp (collectively referred to as the "LEDtronics Lamp").

28. By making, using, selling, offering to sell, leasing, importing and/or exporting the LEDtronics Lamp, LEDtronics has infringed and continues to infringe at least claim 3 of the '072 patent.

29. LEDtronics has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the LEDtronics Lamp.

30. LEDtronics has the specific intent to encourage direct infringement of the '072 patent by end users who use the LEDtronics Lamp.

31. LEDTronic's sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the LEDtronics Lamp.

32. LEDtronics knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the LEDtronics Lamp.

33. LEDtronics has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the LEDtronics Lamp.

34. The LEDtronics Lamp made, used and/or sold by LEDtronics constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

35. LEDtronics knew that the LEDtronics Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

FIRST AMENDED COMPLAINT - 6

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

36. LEDtronics infringes the '072 patent either literally or under the doctrine of equivalents.

### Normande Lighting LLC

37. Normande has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

38. The Normande LED lamps that infringe '072 patent include, but are not limited to, the Normande 5W LED, N-GLHWAH1W5R ("Normande LED Lamp").

39. By making, using, selling, offering to sell, leasing, importing and/or exporting the Normande LED Lamp, Normande has infringed and continues to infringe at least claim 3 of the '072 patent.

40. Normande has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the Normande LED Lamp.

41. Normande has the specific intent to encourage direct infringement of the '072 patent by end users who use the Normande LED Lamp.

42. Normande's sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the Normande LED Lamp.

43. Normande knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the Normande LED Lamp.

44. Normande has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the Normande LED Lamp.

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

45. The Normande LED Lamp made, used and/or sold by Normande constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

46. Normande knew that the Normande LED Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

47. Normande infringes the '072 patent either literally or under the doctrine of equivalents.

## Philips Lighting Company

48. Philips has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

49. The Philips LED lamps that infringe '072 patent include, but are not limited to, the product number 5E-26A60 ("Philips LED Lamp").

50. By making, using, selling, offering to sell, leasing, importing and/or exporting the Philips LED Lamp, Philips has infringed and continues to infringe at least claim 3 of the '072 patent.

51. Philips has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the Philips LED Lamp.

52. Philips has the specific intent to encourage direct infringement of the '072 patent by end users who use the Philips LED Lamp.

53. Philips' sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the Philips LED Lamp.

FIRST AMENDED COMPLAINT - 8

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

54. Philips knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the Philips LED Lamp.

55. Philips has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the Philips LED Lamp.

56. The Philips LED Lamp made, used and/or sold by Philips constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

57. Philips knew that the Philips LED Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

58. Philips infringes the '072 patent either literally or under the doctrine of equivalents.

### Sharp Electronics Corporation

59. Sharp has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

60. The Sharp LED lamps that infringe '072 patent include, but are not limited to, the product number LED PAR 30, DL-L12P3030A ("Sharp LED Lamp").

61. By making, using, selling, offering to sell, leasing, importing and/or exporting the Sharp LED Lamp, Sharp has infringed and continues to infringe at least claim 3 of the '072 patent.

62. Sharp has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the Sharp LED Lamp.

FIRST AMENDED COMPLAINT - 9

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

63. Sharp has the specific intent to encourage direct infringement of the '072 patent by end users who use the Sharp LED Lamp.

64. Sharp's sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the Sharp LED Lamp.

65. Sharp knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the Sharp LED Lamp.

66. Sharp has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the Sharp LED Lamp.

67. The Sharp LED Lamp made, used and/or sold by Sharp constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

68. Sharp knew that the Sharp LED Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

69. Sharp infringes the '072 patent either literally or under the doctrine of equivalents.

### Toshiba International Corporation

70. Toshiba has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

71. The Toshiba LED lamps that infringe '072 patent include, but are not limited to, the product code 218-50053 (model number LEL-AW8L-1/US, 8A19/827) ("Toshiba LED Lamp").

FIRST AMENDED COMPLAINT - 10

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

72. By making, using, selling, offering to sell, leasing, importing and/or exporting the Toshiba LED Lamp, Toshiba has infringed and continues to infringe at least claim 3 of the '072 patent.

73. Toshiba has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the Toshiba LED Lamp.

74. Toshiba has the specific intent to encourage direct infringement of the '072 patent by end users who use the Toshiba LED Lamp.

75. Toshiba's sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the Toshiba LED Lamp.

76. Toshiba knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the Toshiba LED Lamp.

77. Toshiba has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the Toshiba LED Lamp.

78. The Toshiba LED Lamp made, used and/or sold by Toshiba constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

79. Toshiba knew that the Toshiba LED Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

80. Toshiba infringes the '072 patent either literally or under the doctrine of equivalents.

//

//

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

**Westinghouse Lighting Corporation**

81. Westinghouse has infringed and continues to infringe the '072 patent by making, using, selling, offering to sell, leasing, importing and/or exporting LED lamps that infringe one or more claims of the '072 patent.

82. The Westinghouse LED lamps that infringe '072 patent include, but are not limited to, the Nanolux LED Lamp G19 (3G19/LED/70 03466 (M60-WI-1)) ("Westinghouse LED Lamp").

83. By making, using, selling, offering to sell, leasing, importing and/or exporting the Westinghouse LED Lamp, Westinghouse has infringed and continues to infringe at least claim 3 of the '072 patent.

84. Westinghouse has infringed and continues to infringe the '072 patent by actively inducing direct infringement by end-users who use the Westinghouse LED Lamp.

85. Westinghouse has the specific intent to encourage direct infringement of the '072 patent by end users who use the Westinghouse LED Lamp.

86. Westinghouse's sales, advertising, and instructions have induced direct infringement of the '072 patent by end users who use the Westinghouse LED Lamp.

87. Westinghouse knew or should have know that its actions would induce direct infringement of the '072 patent by end users who use the Westinghouse LED Lamp.

88. Westinghouse has infringed and continues to infringe the '072 patent by actively contributing to the direct infringement by end-users who operate and/or use the Westinghouse LED Lamp.

FIRST AMENDED COMPLAINT - 12

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

89. The Westinghouse LED Lamp made, used and/or sold by Westinghouse constitutes a material part of the inventions claimed in the '072 patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

90. Westinghouse knew that the Westinghouse LED Lamp is being used by end-users as a material part of the invention claimed in the '072 patent.

91. Westinghouse infringes the '072 patent either literally or under the doctrine of equivalents.

## DAMAGES

92. Defendants' infringement of the '072 patent, as alleged above, has injured Takion, and thus, Takion is entitled to recover damages adequate to compensate it for Defendants' acts of infringement, which in no event can be less than a reasonable royalty.

## DEMAND FOR JURY TRIAL

93. Takion hereby demands a jury trial on all claims and issues.

## PRAYER FOR RELIEF

94. Wherefore, Takion prays for entry of judgment:

A. that Defendants have infringed one or more claims of the '072 patent;

B. that Defendants account for and pay to Takion all damages caused by the infringement of the '072 patent, which by statute can be no less than a reasonable royalty;

C. that Takion be granted pre-judgment and post-judgment interest on the damages caused to them by reason of Defendants' infringement of the '072 patent;

D. that Takion be granted its attorneys' fees in this action;

E. that costs be awarded to Takion;

FIRST AMENDED COMPLAINT - 13

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

F.  that Takion is granted such other and further relief as the Court may deem just and proper under the current circumstances.

DATED this 8th day of June, 2011.

s/ Matthew J.M. Prebeg
Matthew J.M. Prebeg (admitted *pro hac vice*)
Christopher M. Faucett (admitted *pro hac vice*)
Stephen W. Abbott (admitted *pro hac vice*)
**CLEARMAN | PREBEG LLP**
815 Walker Street, Suite 1040
Houston, Texas 77002
Telephone: (713) 223-7070
Facsimile: (713) 223-7071
Email: mprebeg@clearmanprebeg.com
Email: cfaucett@clearmanprebeg.com
Email: sabbott@clearmanprebeg.com

***Attorneys for Plaintiff Takion Co. Ltd.,***

s/ Donald H. Mullins
Washington State Bar No. 4966
BADGLEY~MULLINS LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104
Telephone:  (206) 621-6566
Facsimile:   (206) 621-9686
Email:  donmullins@badgleymullins.com

***Attorney for Plaintiff Takion Co. Ltd.***

FIRST AMENDED COMPLAINT - 14

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington  98104
Telephone: (206) 621-6566
Fax: (206) 621-9686