The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| TAKION CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, LEDTRONICS, INC., NORMANDE LIGHTING LLC, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS LIGHTING, SHARP ELECTRONICS CORPORATION, TOSHIBA INTERNATIONAL CORPORATION and WESTINGHOUSE ELECTRIC COMPANY LLC,<br><br>Defendant. | CASE No.: 2:11-cv-00678-RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS LIGHTING WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Takion Co. Ltd. ("Takion") hereby gives notice that it voluntarily dismisses without prejudice all claims against Defendant Philips Electronics North America Corporation d/b/a Philips Lighting ("Philips") (BUT NO OTHER DEFENDANT) and without an award of fees or costs to any party. Defendant Philips has filed neither an Answer nor a motion for summary judgment in this action and, pursuant to the above cited rule, order of the court is not required.

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 1

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

1   DATED this 18th day of July, 2011.

2                                       s/ Donald H. Mullins
                                        Washington State Bar No. 4966
3                                       BADGLEY~MULLINS LAW GROUP
                                        4750 Columbia Center
4                                       701 Fifth Avenue
5                                       Seattle, Washington, 98104
                                        Telephone:  (206) 621-6566
6                                       Facsimile:   (206) 621-9686
                                        Email:  donmullins@badgleymullins.com
7

8                                       s/ Matthew J.M. Prebeg
9                                       Matthew J.M. Prebeg (Texas Bar No. 00791465)
                                        Christopher M. Faucett (Texas Bar No. 00795198)
10                                      Stephen W. Abbott (Texas Bar No. 00795933)
                                        CLEARMAN | PREBEG LLP
11                                      815 Walker Street, Suite 1040
                                        Houston, Texas 77002
12                                      Telephone: (713) 223-7070
                                        Facsimile: (713) 223-7071
13                                      Email: mprebeg@clearmanprebeg.com
                                        Email: cfaucett@clearmanprebeg.com
14                                      Email: sabbott@clearmanprebeg.com
15
                                        ***Attorneys for Plaintiff Takion Co. Ltd.,***
16                                      ***Admitted pro hac vice***

17

18

19

20

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL                      BADGLEY ~ MULLINS
WITHOUT PREJUDICE - 2                                    LAW GROUP
                                                       Columbia Center
                                                    701 Fifth Avenue, Suite 4750
                                                    Seattle, Washington  98104
                                                    Telephone: (206) 621-6566
                                                       Fax: (206) 621-9686