AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Western District of Washington____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:11-cv-000678 | DATE FILED<br>4/21/2011 | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>TAKION CO., LTD. | | DEFENDANT<br>General Electric Co., LEDtronics, Inc., Normande Lighting LLC, Philips Electronics North America Corporation d/b/a Philips Lighting, et al. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  US 6,577,072 B2 | 6/10/2003 | Takion Co., Ltd., Tokyo (JP) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |  |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | 11-CV-00678-PLAGR |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached Notice of Voluntary Dismissal filed by plaintiff |

| CLERK<br>Wm. McCool | (BY) DEPUTY CLERK<br>C. Lederer | DATE<br>11/29/2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| TAKION CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, LEDTRONICS, INC., NORMANDE LIGHTING LLC, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION d/b/a PHILIPS LIGHTING, SHARP ELECTRONICS CORPORATION, TOSHIBA INTERNATIONAL CORPORATION and WESTINGHOUSE ELECTRIC COMPANY LLC,<br><br>Defendant. | CASE No.: 2:11-cv-00678-RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTINGHOUSE ELECTRIC COMPANY LLC (LAST PENDING DEFENDANT IN THE CASE) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Takion Co. Ltd. ("Takion") hereby gives notice that it voluntarily dismisses without prejudice all claims against Defendant Westinghouse Electric Company LLC ("Westinghouse") and without an award of fees or costs to any party. Defendant Westinghouse has filed neither an Answer nor a motion for summary judgment in this action and, pursuant to the above cited rule, order of the court is not required.

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 1

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

DATED this 20th day of October, 2011.

        s/ Donald H. Mullins
Washington State Bar No. 4966
BADGLEY~MULLINS LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: donmullins@badgleymullins.com


        s/ Matthew J.M. Prebeg
Matthew J.M. Prebeg (Texas Bar No. 00791465)
Christopher M. Faucett (Texas Bar No. 00795198)
Stephen W. Abbott (Texas Bar No. 00795933)
**CLEARMAN | PREBEG LLP**
815 Walker Street, Suite 1040
Houston, Texas 77002
Telephone: (713) 223-7070
Facsimile: (713) 223-7071
Email: mprebeg@clearmanprebeg.com
Email: cfaucett@clearmanprebeg.com
Email: sabbott@clearmanprebeg.com

***Attorneys for Plaintiff Takion Co. Ltd.,***
***Admitted pro hac vice***

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 2

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone. (206) 621-6566
Fax: (206) 621-9686